IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RANDALL S. MCCAUL, ) | |
| ) | |
| Plaintiff, ) | NO. 3:17-cv-1315 |
| ) | |
| v. ) | JUDGE RICHARDSON |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 15), to which no Objections have been filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, Defendant's Motion to Dismiss (Doc. No. 8) is **GRANTED**. For the reasons explained in the Report and Recommendation, Plaintiff's claims for wrongful arrest and wrongful prosecution are **DISMISSED** with prejudice, and Plaintiff's claims for lost or converted property are **DISMISSED** without prejudice.

The Clerk is directed to close the file. This Order constitutes the final judgment in this case for purposes of Fed. R. Civ. P. 58. The Court also states that any appeal from this dismissal would not be certified as taken in good faith pursuant to 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE